# United States Court of Appeals for the Federal Circuit

June 21, 2010

## ERRATA

Appeal Nos. 2009-1544, -1545

**ENCYCLOPAEDIA BRITANNICA, INC.,**

v.

**ALPINE ELECTRONICS OF AMERICA, INC.,**
AND **ALPINE ELECTRONICS, INC.,**
AND
**DENSO CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC.,**
AND **MAGELLAN NAVIGATION, INC.,**
AND
**AMERICAN HONDA MOTOR CO., INC.,**
AND **TOMTOM, INC.,**
AND
**GARMIN INTERNATIONAL, INC.,**

Decided: June 18, 2010
Precedential Opinion

Please make the following correction:

Page 3, line 20, change "(S.D. Tex. 2009)" to --(W.D. Tex. 2009)--.